# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Edgar Gagden Contreras-Soto,<br>a.k.a.: Edgar Contreras-Soto,<br>(A 099 468 429)<br>*Defendant* | Case No. 16-7386 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 3, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Edgar Gagden Contreras-Soto, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about February 16, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Matthew Binford

☒ Continued on the attached sheet.

_____
Complainant's signature

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 4, 2016

_____
Judge's signature

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 3, 2016, while following a lead, the Phoenix ICE Moblie Criminal Arrest Team encountered Edgar Gagden Contreras-Soto during a traffic stop near the intersection of 29th Street and Grandview Road, in Phoenix, Arizona. On scene, ICE Officer J. Kelley interviewed Contreras-Soto and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Contreras-Soto was transported to the Phoenix ICE office for further investigation and processing. Contreras-Soto was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Edgar Gagden Contreras-Soto to be a citizen of Mexico and a previously deported criminal alien. Contreras-Soto was removed from the United States to Mexico through Nogales, Arizona, on or about February 16, 2011, pursuant to the reinstatement of an order of removal issued by an immigration

judge. There is no record of Contreras-Soto in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Contreras-Soto's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Edgar Gagden Contreras-Soto was convicted of Re-entry of a Removed Alien, a felony offense, on November 1, 2010, in the United States District Court, District of Arizona. Contreras-Soto was sentenced to eight (8) months' imprisonment and three (3) years' supervised release. Contreras-Soto's criminal history was matched to him by electronic fingerprint comparison.

5. On October 3, 2016, Edgar Gagden Contreras-Soto was advised of his constitutional rights. Contreras-Soto freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 3, 2016, Edgar Gagden Contreras-Soto, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about February 16, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 4th day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge